# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES of AMERICA

CR. 19-297(PGS)

V.

ORDER

MITCHELL H. BROWN

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel.

It is on this 12th, day of November 2019,

O R D E R E D that Federal Public Defender Ben West, AFPD for the District of New Jersey, is hereby appointed to represent said defendant in this cause until further order of the Court.

_____
PETER G. SHERIDAN, U.S.D.J.

cc: Petitioner
    Federal Public Defender